IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED

       SEP 2 4 2013

CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| ANTOINE EVERTON BUTLER | ) |

CASE NO.: 3:13-CR-081-L

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Antoine Everton Butler, by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure,

and entered a plea of guilty to Count(s) 1 of the Indictment on September 24, 2013. After cautioning

and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is

supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and

have sentence imposed accordingly.

Date:   September ___, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).